**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANTOINE REED,                          ) NO. CV 20-225-CAS(E)
                                       )
                Petitioner,            )
                                       )
        v.                             )   JUDGMENT
                                       )
PATRICK COVELLO, Warden,               )
                                       )
                Respondent.            )
                                       )
_____)


        Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


        IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


        DATED:  March 27, 2020.

                                        _____
                                        CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE